UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:09-cr-00103-JAW |
| | ) | 1:20-cr-00020-JAW |
| RAYMOND L. ELLIS, JR., | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ON DEFENDANT'S REQUEST FOR RELEASE**

On April 7, 2020, the Court granted Defendant's motion to reopen the detention hearing. On April 10, 2020, the Court conducted a telephonic hearing on the issue of release or detention. Citing the COVID-19 pandemic, Defendant contends safety considerations warrant his release.

After consideration of the information provided during the hearing, for the reasons stated on the record, which reasons include Defendant's criminal history, the nature of the allegations upon which the current proceedings are based, Defendant's alleged lack of compliance with conditions of supervised release, and the lack of persuasive evidence that Defendant has an existing medical condition that places him at greater risk from the virus than any other person in custody, the Court is not convinced that safety concerns warrant a reconsideration of the Court's prior detention order. The Court, therefore, denies Defendant's request for release.

**NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Criminal Procedure 59.

Dated this 10th day of April, 2020.

/s/ John C. Nivison
U.S. Magistrate Judge